# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 23-cr-40027-SMY |
| KORY E. McCLUNG, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Reopen Detention Hearing (Doc. 41) and First Amended Motion to Reopen Detention Hearing (Doc. 42). The Government filed a Response (Doc. 43). Detention hearings "may be reopened" if "information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue" of whether bond is appropriate. 18 U.S.C. §3142(f)(2)(B). Defendant informs the Court that, since her November 14, 2023 initial appearance in this district, she has learned that she could reside with her husband. At the time of her initial detention hearing, Defendant did not have a stable residence-a factor that was considered (among others) in the decision to detain her. This information does not have a material bearing on the issue of bond. Therefore Defendants' Motions to Reopen the Detention Hearing (Docs. 41 and 42) ARE DENIED.

**IT IS SO ORDERED.**

**DATED: January 18, 2024**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**